UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>PIERRE COLE, )<br>)<br>Defendant. )<br>)<br>In the matter of an Order to Produce )<br>Documents directed to the United States )<br>Department of the Army Staff Judge )<br>Advocate, Ft. Riley, Kansas. ) | No.<br>FILED: JUNE 4, 2008<br>08CV3226   PH<br>JUDGE COAR<br>MAGISTRATE JUDGE<br>    Formerly case No. 04 CR 30563,<br>    Circuit Court of Cook County, Illinois. |

## NOTICE OF REMOVAL

To:   Dorothy Brown, Clerk            Keith Spielfogel
      Circuit Court of Cook County    190 S. LaSalle St.
      50 W. Washington                Suite 520
      Room 1006                       Chicago, Illinois 60603
      Chicago, Illinois 60602

      Nancy Donahoe
      Assistant State's Attorney
      2650 S. California
      Room 12C28
      Chicago, Illinois 60608

The UNITED STATES, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, submits this notice of removal of the Order to Produce Documents in the above-captioned proceeding from the Circuit Court of Cook County, Illinois, to

1

the United States District Court, Northern District of Illinois, pursuant to 28 U.S.C. § 1442(a)(1), and in support states the following:

1. At the request of an attorney for Pierre Cole, the Circuit Court of Cook County entered an order on May 6, 2008, directing the United States Department of the Army Staff Judge Advocate, Ft. Riley, Kansas to produce to the attorney specified documents.

2. The matter is an action against an officer of the United States for actions under color of his office and thus is subject to removal to this court pursuant to 28 U.S.C. § 1442(a)(1).

3. The production of information from the Department of the Army in the course of a proceeding in which the United States is not a party is governed by 32 C.F.R. 97.1 *et seq.* and 32 C.F.R. 516.41 *et seq.,* which set forth specific requirements to be met before a witness can respond. A party seeking disclosure of information from the Department of the Army must comply with the requirements set forth in the cited regulations. Because of sovereign immunity, state courts may not compel compliance with subpoenas on federal officials. *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951); *Edwards v. Department of Justice*, 43 F.3d 312 (7th Cir. 1994). Instead judicial review is available only in federal courts under the Administrative Procedure Act. *Id.* This court acquires no more jurisdiction as a result of this removal than the state court had, which is none.

4. Copies of all process, pleadings, and orders served upon the Staff Judge Advocate are attached hereto.

WHEREFORE, the Order to Produce Documents now pending in the Circuit Court of Cook County, Illinois, is properly removed to this Court pursuant to 28 U.S.C. § 1442(a).

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

    By: s/ Jonathan C. Haile
        JONATHAN C. HAILE
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-2055
        jonathan.haile@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**NOTICE OF REMOVAL**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on June 4, 2008, to the following non-ECF filers:

| | | |
|---|---|---|
| Dorothy Brown, Clerk<br>Circuit Court of Cook County<br>50 W. Washington<br>Room 1006<br>Chicago, Illinois 60602 | Nancy Donahoe<br>Assistant State's Attorney<br>2650 S. California<br>Room 12C28<br>Chicago, Illinois 60608 | Keith Spielfogel<br>190 S. LaSalle St.<br>Suite 520<br>Chicago, Illinois 60603 |

By: s/ Jonathan C. Haile
JONATHAN C. HAILE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2055
jonathan.haile@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| | ) | No.  FILED: JUNE 4, 2008 |
| Plaintiff, | ) | 08CV3226   PH |
| | ) | JUDGE COAR |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| PIERRE COLE, | ) | |
| Defendant. | ) | Formerly case no. 04 CR 30563, |
| | ) | Circuit Court of Cook County, Illinois. |
| In the matter of an Order to Produce | ) | |
| Documents directed to the United States | ) | |
| Department of the Army Staff Judge | ) | |
| Advocate, Ft. Riley, Kansas. | ) | |

**NOTICE OF FILING**

TO:

| Dorothy Brown, Clerk<br>Circuit Court of Cook County<br>50 W. Washington<br>Room 1006<br>Chicago, Illinois 60602 | Nancy Donahoe<br>Assistant State's Attorney<br>2650 S. California<br>Room 12C28<br>Chicago, Illinois 60608 | Keith Spielfogel<br>190 S. LaSalle St.<br>Suite 520<br>Chicago, Illinois 60603 |

PLEASE TAKE NOTICE that on June 4, 2008, the UNITED STATES, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, filed a Notice of Removal of a Civil Action in the above entitled action, a copy of which is submitted herewith.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Jonathan C. Haile
    JONATHAN C. HAILE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-2055
    jonathan.haile@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## **NOTICE OF FILING**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on June 4, 2008, to the following non-ECF filers:

| | | |
|---|---|---|
| Dorothy Brown, Clerk<br>Circuit Court of Cook County<br>50 W. Washington<br>Room 1006<br>Chicago, Illinois 60602 | Nancy Donahoe<br>Assistant State's Attorney<br>2650 S. California<br>Room 12C28<br>Chicago, Illinois 60608 | Keith Spielfogel<br>190 S. LaSalle St.<br>Suite 520<br>Chicago, Illinois 60603 |

                        By:  s/ Jonathan C. Haile
                               JONATHAN C. HAILE
                               Assistant United States Attorney
                               219 South Dearborn Street
                               Chicago, Illinois 60604
                               (312) 886-2055
                               jonathan.haile@usdoj.gov

Order

CCG N002-300M-2/24/05 (

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People of The STaTe of Illinois

v.

Pierre Cole

08CV3226 PH
JUDGE COAR
MAGISTRATE JUDGE KEYS

No. 04 CR 30563

### ORDER

IT is hereby ordered ThaT The STaff Judge Advocate aT FT Riley, Kansas shall provide To The aTTorney for Pierre Cole, KeiTH Spielfogel, an unredacted copy of The RequesT for Campaign ParTicipaTion CrediT for Iraq and a by-name RosTer of soldiers deployed wiTh The HHC 1-34TH Armor for OIS. Pierre Cole was deployed on or abouT AugusT 28, 2003.

AFZN - Bravo Alpha - Victor Charlie Oscar
office symbol of originaTed documenT.

Atty. No.: 12276
Name: KEITH SPIELFOGEL
Atty. for: Cole
Address: 190 S. LaSalle ST SuiTe 520
City/State/Zip: Chicago, IL 60603
Telephone: (312) 236-6021

ENTERED:

Dated: 5/6, 2008

Judge

Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS