UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>PIERRE COLE, )<br>Defendant. )<br>)<br>In the matter of an Order to Produce )<br>Documents directed to the United States )<br>Department of the Army Staff Judge )<br>Advocate, Ft. Riley, Kansas. ) | No. 08 C 3226<br><br>Judge Coar<br><br>Formerly case no. 04 CR 30563,<br>Circuit Court of Cook County, Illinois. |

## NOTICE OF MOTION

To:

Nancy A. Donahoe
Assistant State's Attorney
2650 S. California
Room 12C28
Chicago, Illinois 60608

Keith Spielfogel
190 S. LaSalle St.
Suite 520
Chicago, Illinois 60603

PLEASE TAKE NOTICE that on **Wednesday, July 2, 2008** at **9:00 a.m.**, I will appear before Judge Coar in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **United States' Motion to Vacate and Dismiss,** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s Jonathan C. Haile
JONATHAN C. HAILE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 886-9082
jonathan.haile@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**Notice of Motion**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on June 25, 2008, to the following non-ECF filers:

    Nancy A. Donahoe
    Assistant State's Attorney
    2650 S. California
    Room 12C28
    Chicago, IL 60608

                                      By: s/ Jonathan C. Haile
                                              JONATHAN C. HAILE
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 886-2055
                                              jonathan.haile@usdoj.gov