UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

People Of The State Of Illinois
                              Plaintiff,

v.                                             Case No.: 1:08−cv−03226
                                               Honorable David H. Coar

Pierre Cole, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 7, 2008:

    MINUTE entry before the Honorable David H. Coar: Motion hearing held on 7/7/2008 regarding motion #3. MOTION by Defendant United States Of America to vacate and dismiss [3] is entered and continued to 7/16/2008 at 9:00 a.m. The U.S.A. shall file a memorandum regarding jurisdiction by 7/14/2008. Motion Hearing set for 7/16/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.