# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3226 | **DATE** | 7/16/2008 |
| **CASE TITLE** | People of the State of Illinois vs. Cole | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/16/2008 regarding # 3. For the reasons stated on the record, the United States' Motion to vacate and dismiss is granted. The order dated 5/6/2008 in case number 04 CR 30563 Circuit Court of Cook County, compelling the Department of the Army/ the Army Staff Judge Advocate to produce documents is vacated and dismissed. Civil case terminated.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|